**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **NING XI, an individual,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 17-7316 (ES) (MAH) |
| | : | |
| v. | : | |
| | : | |
| **INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS, INC.**, a New York Non-Profit Corporation, and **KAREN P. BARTLESON**, an individual | : | **AMENDED SCHEDULING ORDER** |
| | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court by way of the parties' joint letter concerning amendments to the current Amended Scheduling Order [D.E. 117];

and for good cause shown;

**IT IS on this 28th day of July 2020,**

**ORDERED THAT:**

1. Discovery disputes (other than those arising during depositions) shall be brought to the Court's attention no later than **September 15, 2020**. Counsel shall confer in a good faith attempt to informally resolve any and all discovery disputes **before** seeking the Court's intervention. Should such informal effort fail to resolve the dispute, the matter shall be brought to the Court's attention via a joint letter that sets forth: (a) the specific discovery requested; (b) the response; (c) efforts to resolve the dispute; (d) why the complaining party believes the information is relevant and why the responding party's response continues to be deficient, including citations to appropriate caselaw; and (e) why the responding party believes the response is sufficient. No further submissions regarding the dispute may be submitted without leave of Court.

2. Fact discovery is to remain open through **November 13, 2020**. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

3. All affirmative expert reports shall be delivered by **December 14, 2020**. Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a) (2) (B).

4. All responding expert reports shall be delivered by **January 18, 2021**. Any such report shall be in the form and content as described above.

5. All expert discovery, including the completion of depositions, shall be completed

by **February 19, 2021.**

      6.     There shall be a telephone status conference before the Undersigned on **November 17, 2020 at 12:00 p.m.**

      7.     In view of the age of this case, any further extensions will be granted sparingly, and will require the party seeking the extension to articulate the basis for it pursuant to Fed. R. Civ. P. 16.

                                      *s/ Michael A. Hammer*
                                        **Hon. Michael A. Hammer**
                                        **United States Magistrate Judge**