# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NING XI, an individual<br><br>  Plaintiff,<br><br>  vs.<br><br>INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS, INC., a New York Non-Profit Corporation, and KAREN P. BARTLESON, an individual,<br><br>  Defendants. | Civil Action No. 17-7316 (ES) (MAH) |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), and subject to the parties' confidential settlement agreement, the parties to this action, by their respective undersigned attorneys, hereby stipulate to dismiss the above-captioned action, together with all underlying claims and counterclaims, with prejudice and with each party bearing its own costs, expenses, and attorneys' fees. The preliminary injunction order issued by the Court on November 22, 2017 [Dkt. 44], converted from a temporary restraining order issued on September 26, 2017 [Dkt. 18], is hereby vacated, on consent.

    IT IS SO STIPULATED.

| | |
|---|---|
| BUCHANAN INGERSOLL & ROONEY PC | DORSEY & WHITNEY LLP |
| By: /s/Christopher J. Dalton<br>Christopher J. Dalton<br>550 Broad Street, Suite 810<br>Newark, New Jersey 07102<br>christopher.dalton@bipc.com. | By:/s/ Bruce R. Ewing<br>Bruce R. Ewing<br>51 West 52nd Street<br>New York, NY 10019<br>(212) 415-9200<br>ewing.bruce@dorsey.com |
| -and- | -and- |
| Joseph G. Vernon (admitted *pro hac vice*)<br>Jeffrey A. Crapko (admitted *pro hac vice*)<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>150 West Jefferson Avenue, Suite 2500<br>Detroit, MI 48226<br>(313) 963-6420<br>vernon@millercanfield.com<br>crapko@millercanfield.com | Michael A. Lindsay<br>(admitted *pro hac vice*)<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>(612) 340-7819<br>lindsay.michael@dorsey.com<br>*Attorneys for Defendant-Counterclaimant The Institute of Electrical and Electronics Engineers, Incorporated and Defendant Karen P. Bartleson* |
| *Attorneys for Plaintiff Ning Xi* | |

IT IS SO ORDERED this 7th day of January, 2021.

The Clerk of Court shall CLOSE the case.

    *s/Esther Salas*
    Hon. Esther Salas, U.S.D.J.